JOHN W. HUBER, United States Attorney (#7226)
AARON W. FLATER, Assistant United States Attorney (#9458)
AARON B. CLARK, Assistant United States Attorney (#15404)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 324-3235



FILED
U.S. DISTRICT COURT
2019 JUL 10 P 5: 54
DISTRICT OF UTAH
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JOHN AARON FAVRO, Defendant. | Case No. INDICTMENT Count 1: 21 U.S.C. § 841(a)(1), Distribution of Fentanyl resulting in death; Count 2: 21 U.S.C. §§ 841(a)(1) & 846, Conspiracy to distribute Fentanyl |
|---|---|

The Grand Jury Charges:

## COUNT 1
**21 U.S.C. § 841(a)(1)**
(Distribution of Fentanyl resulting in death)

On or about November 18, 2016, in the Central Division of the District of Utah,

JOHN AARON FAVRO,

the defendant herein, did knowingly and intentionally distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of Fentanyl (N-phenyl-N-[ 1-( 2-phenylethyl ) -4-piperidinyl ] propanamide), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, resulting in the death of M.K.K.; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

Case: 2:19-cr-261
Assigned To : Waddoups, Clark
Assign. Date : 7/10/2019
Description: USA v Favro

## COUNT 2
## 21 U.S.C. §§ 841(a)(1) & 846
(Conspiracy to distribute Fentanyl)

Beginning at a date unknown, but not later than January 2016, and continuing through at least May 2017, within the Central Division of the District of Utah,

JOHN AARON FAVRO,

the defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to distribute four hundred grams or more of a mixture and substance containing a detectable amount of Fentanyl (N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propanamide), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. §§ 841(a)(1) and 846 and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____ (M. Gadd)
AARON W. FLATER
Assistant United States Attorney

AARON B. CLARK
Assistant United States Attorney
MICHAEL GADD
Special Assistant United States Attorney

2