# United States District Court
for the
District of Utah

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | Case No: 2:19-cr-00261-001 CW |
| Favro | |


ORIGINAL

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **JOHN AARON FAVRO**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE/Distribution of Fentanyl resulting in death
CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE/Conspiracy to Distribute Fentanyl

in violation of   21:841(a)(1) and 21:841(a)(1) & 846   United States Code.

D. Mark Jones                                          Clerk of Court
Name of Issuing Officer                                Title of Issuing Officer

*Jennifer Richards* (signature)

Signature of Issuing Officer                           July 11, 2019 at Salt Lake City, Utah
                                                       Date and Location
By: Jennifer Richards
    Deputy Clerk

Bail fixed _____
                                                       Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/11/19 | T. Davis DUSM | (signature) |
| DATE OF ARREST | | |
| 7/11/19 | | |